IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CYNQUENTA Q. CAMPBELL,

      Appellant,

v.

      Case No. 5D22-961
      LT Case No. 2020-DR-000634

ANTOINE D. PIERSON-STOKES, SR.,

      Appellee.
_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Sumter County,
Michelle T. Morley, Judge.

Eduardo J. Mejias, of AAA Family
Law, LLC, Altamonte Springs, for
Appellant.

Gregg R. Brennan, of Law Offices of
Gregg R. Brennan, P.A., Summerfield,
for Appellee.

PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.